**Order entered August 6, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00402-CV

## CELANESE CORPORATION AND GRUPO CELANESE, S. DE RL DE CV, Appellants

### V.

## JAVIER SALCEDO SAHAGUN AND RAMOS & HERMOSILLO ABOGADOS, S.C.,
**Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-09284**

## ORDER

Before the Court is appellees' August 2, 2019 unopposed motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **September 12, 2019**.

/s/     KEN MOLBERG
JUSTICE